S.D.N.Y.
11-cr-424
Buchwald, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand thirteen.

Present:
> Gerard E. Lynch,
> Denny Chin,
> Susan L. Carney,
> > *Circuit Judges*.

---

United States,

> *Appellee*,

v.                                                                          13-2479
                                                                            13-2480
                                                                            13-2505
                                                                            13-2622

Ali Gomaa, AKA Sealed Defendant 1, Earl Seth David, AKA Rabbi Avrahom David, Alexandra Urbanek, AKA Aleksandra Prochniak, Abraham Flam, Aryea Yehuda Flohr, Andre Herbst, AKA Erwin Herbst, AKA Anshi, Chaim Walter, AKA Leiby Walter, Mayer Weber, Jed Matthew David Philwin,

> *Defendants*,

Harold Tishler, AKA Hershy, Gulay Cibik, AKA Sealed Defendant 2, Refael Brodjik, AKA Rafi, Nathan Schwartz,

> *Defendants-Appellants*.

---

Appellant moves for bail pending appeal. Because no fully developed bail application was made in the district court, and the district court accordingly failed to state the reasons for the denial of appellant's conclusory application for release pending appeal, we are unable to determine the merits of appellant's motion. Accordingly, it is hereby ORDERED that Appellant's motion is DENIED without prejudice to his making a proper bail application in the district court, or to his making a further motion to this Court if his application to the district court is denied. *See United States v. Hochevar*, 214 F.3d 342, 344 (2d Cir. 2000).

                            FOR THE COURT:
                            Catherine O'Hagan Wolfe, Clerk